United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES EDWARD MOORE,

Plaintiff,

v.

A. BULATAO, et al.,

Defendants.

Case No. 13-cv-02852-JD

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a prisoner. The Court granted defendants' motion to dismiss and provided plaintiff with leave to amend after discussing the deficiencies of the complaint. The time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated: September 3, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>A. BULATAO, et al.,<br><br>    Defendants. | Case No.  13-cv-02852-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/4/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Edward Moore ID: C-86605
San Quentin State Prison
San Quentin, CA 94964

Dated: 9/4/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2